GARY S. JACOBSON
Herold Law, P.A.
PO Box 276
Liberty Corner, NJ  07938
(908) 484-1101
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re: | Case No. 09-36163  MS |
| David Kobryn and Nicole Kobryn | Chapter 7 |
| Debtors | The Honorable Morris Stern |

**STIPULATION EXTENDING DEADLINE TO FILE MOTION TO DISMISS**
**CASE UNDER 11 U.S.C.§ 707(b) AND EXTEND TIME TO FILE A COMPLAINT**
**OBJECTING TO DISCHARGE UNDER 11 U.S.C.§ 727**

The first meeting of creditors having been scheduled and continued to December

28, 2009 and the deadline to oppose discharge or dischargeability having been set for

December 22, 2009;   the Chapter 7 Trustee and the Debtors, by and through their

undersigned counsel, do hereby agree to extend the deadline to file a motion by the

United States Trustee to dismiss the present Chapter 7 case under 11 U.S.C. § 707(b) or

for the United States Trustee and/or the Chapter 7 Trustee to file any Complaint objecting

to discharge under 11 U.S.C. § 727 through and including February 28, 2010.


*/s/Gary S. Jacobson*                               */s/Shmuel Klein*
Gary S. Jacobson                                    Shmuel Klein, Esq.
Chapter 7 Trustee                                   Attorney for Debtors